UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-47 |
| | ) | (JARVIS/GUYTON) |
| DANNY RAY COWARD, | ) | |
| | ) | |
| Defendant | ) | |

ORDER OF DETENTION PENDING TRIAL

The above-named defendant appeared in custody before the undersigned on April 25, 2006, for an initial appearance and arraignment on an Indictment. United States Attorney Tracy Stone was present for the government and Paula Voss, Federal Defender Services, was present on behalf of the defendant. The government moved for detention pursuant to 18 U.S.C. § 3142(e). The defendant requested a hearing and the matter was scheduled for a detention hearing before the undersigned on April 28, 2006. However, the defendant appeared through counsel on April 27, 2006, and waived a detention hearing reserving his right to request a hearing at a later date if his circumstances should change. The defendant executed the appropriate Waiver of Detention Hearing.

Accordingly, the defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government,

the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

**ENTER:**

　　s/ H. Bruce Guyton　　
United States Magistrate Judge